CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 02 2017

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROGER G. HARRISON, et al., | ) |
| | ) Civil Action No. 3:16-CV-00014 |
| Plaintiffs, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) Hon. Glen E. Conrad |
| CARRINGTON MORTGAGE, | ) Chief United States District Judge |
| SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

This case is presently before the court on the plaintiffs' motion to compel defendant Carrington Mortgage Services, LLC ("Carrington") to answer plaintiffs' interrogatories. The case is also before the court on the parties' joint motion for extension of discovery and other pretrial dates and to continue the trial date. For the reasons stated during a hearing held on March 1, 2017, it is hereby

**ORDERED**

as follows:

1. Plaintiffs' motion to compel is **GRANTED IN PART AND DENIED IN PART**. Specifically, plaintiffs' motion to compel

   a. Is **GRANTED** as to Interrogatory Number One;

   b. Is **GRANTED** as to Interrogatory Number Two. Defendant must provide specific page numbers in which plaintiffs may find the Loan Servicing Agreement;

   c. Is **GRANTED IN PART AND DENIED IN PART** as to Interrogatory Number Three. Carrington must answer the Interrogatory with the exception of answering to what effect the information about the discharge had on Carrington's actions;

d. Is **GRANTED** as to Interrogatory Number Four;

e. Is **DENIED** as to Interrogatories Number Five and Six;

f. Is **GRANTED IN PART AND DENIED IN PART** as to Interrogatory Number Seven. To the extent plaintiffs seek a list of credit reporting agencies to which information was submitted, Carrington must answer the Interrogatory;

g. Is **DENIED** as to Interrogatory Number Eight;

h. Is **GRANTED IN PART AND DENID IN PART** as to Interrogatory Number Nine. Plaintiffs are entitled to an answer as to whether Carrington was advised by Equifax or any of the other credit reporting agencies of any disputes submitted by plaintiffs regarding Carrington's information on their credit reports and the dates upon which Carrington was advised of those disputes. Plaintiffs are further entitled to a list of individuals who investigated the disputes. As to the process employed by Carrington to investigate the disputes, Carrington may identify documents and provide a list of individuals with knowledge;

i. Is **GRANTED** as to Interrogatory Number Ten;

j. Is **GRANTED** as to Interrogatory Number Eleven to the extent plaintiffs seeks information as to when Carrington reported to any credit reporting agencies that plaintiffs owed money on the mortgage;

k. As to Interrogatory Number Twelve, the court sustains Carrington's objection as to the phrase "worked on" and replaces it with the phrase "performed services in connection with." As such, plaintiffs' motion to compel is **GRANTED** as to Interrogatory Number Twelve;

l. Is **GRANTED** as to Interrogatories Number Thirteen and Fourteen;

m. Is **GRANTED IN PART AND DENIED IN PART** as to Interrogatory Number Fifteen. Defendants must answer either Interrogatory Number Twelve or Number Fifteen;

n. Is **DENIED** as to Interrogatory Number Sixteen. The court sustains Carrington's objection as to vagueness and determines that the current response is adequate;

2. Carrington shall provide revised responses no later than fourteen (14) days from entry of this order;

3. The parties' joint motion to expand discovery is **GRANTED**. Accordingly, the deadline to complete discovery is now July 28, 2017; the deadline to file dispositive motions is August 2, 2017; and trial is set for September 11 through September 14, 2017.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 2d day of March, 2017.

Chief United States District Judge